# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cv-264-MOC-DSC

| | |
|---|---|
| JAMES D. SMITH, ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| BB&T BANKING INSTITUTION, LAURIE OSBORNE, ) ) ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to either pay the filing fee in this matter or resubmit a completed application to proceed in forma pauperis and file an Amended Complaint, within the deadline set by this Court's Order dated July 31, 2019. (Doc. No. 3). The Court's Order specifically dismissed this action, but then gave Plaintiff fourteen days in which to file the above materials. The Court specifically stated in the Order dated July 31, 2019, that if Plaintiff did not comply with the Court's order that the case would be dismissed and closed without further notice. Plaintiff has failed to file anything since the Court entered its Order. Therefore, this matter is dismissed and shall be terminated by the Clerk's office.

**IT IS SO ORDERED.**

Signed: December 20, 2019

Max O. Cogburn Jr.
United States District Judge