# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| James D Smith, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00264-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Laurie Ausborne | ) | |
| BB&T Banking Institution, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 20, 2019 Order.

December 20, 2019

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court